Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53655.**—Barth Guttman Textile Corp. et al. *v.* United States, protests 136545–K, etc. (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1949

**No. 53656.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 116298–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53657.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 123504–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53658.**—State of Ohio Department of Liquor Control *v.* United States, protest 144272–K (Tampa).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53659.**—Vintage Wine, Inc. *v.* United States, protests 122503–K, etc. (New York).